**1038 SMITH vs. AUDITOR GENERAL, 80 M., 205.**

To compel respondent to issue a warrant on the State Treasury for $100, claimed to be due relator as "war bounty," under Act No. 23, Laws of 1864.

Denied April 18, 1890, on the ground that there was no money in the treasury out of which said money could be lawfully paid, and none provided for that purpose.

**1039 LACHANCE (Justice of the Peace) vs. AUDITOR GENERAL, 77 M., 563.**

To compel respondent to draw his warrant on the State Treasury to pay relator's claim for holding an inquest on the body of a stranger, and for the expenses of burial, as allowed by the Circuit Court under the statute.

Granted November 8, 1889.

**1040 HURSLEY (Sheriff) vs. AUDITOR GENERAL, No. 12139, 90 M., 439.**

To compel respondent to pay relator's bill for conveying to the Detroit House of Correction, a prisoner convicted under 3 How. Stat., Sec. 9286, of keeping a house of ill-fame and sentenced under How. Stat., Sec. 9864.

Granted March 4, 1892, with costs.

Held, that the fees or compensation of the sheriff for such services are state charges regardless of whether or not the county in which the conviction is had, has a contract with the said House of Correction, for the reception and retention of such persons.